FILED
2013 Dec-23 PM 03:42
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **SILVADNIE QUAINOO,** ) | |
| ) | |
| **Plaintiff**, ) | |
| ) | |
| vs. ) | **Civil Action Number** |
| ) | **5:10-cv-00104-AKK** |
| **CITY OF HUNTSVILLE, et al.,** ) | |
| ) | |
| **Defendants**. ) | |

## JUDGMENT ON JURY VERDICT

A jury trial was held in the above-styled action before the undersigned from December 16, 2013 to December 20, 2013. The jury returned its verdict on a verdict form and based on a preponderance of the evidence, found in favor of Plaintiff Silvadnie Quainoo regarding her excessive force claim, and awarded Plaintiff compensatory damages in the amount of $1,000 and punitive damages in the amount of $1,000 from Defendant Officer Jennifer Watkins and compensatory damages in the amount of $1,000 and punitive damages in the amount of $1,000 against Defendant Office Hunter Aldridge. Doc. 99. Therefore, it is **ORDERED** that Defendants Watkins and Aldridge each pay Plaintiff the amount of $2,000, and costs are taxed against Defendants.

In accordance with the jury verdict, *id.*, **FINAL JUDGMENT** is hereby **ENTERED** in favor of Defendant Watkins and against Plaintiff with regards to Plaintiff's unlawful search and false arrest claims.

This case is hereby **DISMISSED** with prejudice.

**DONE** this 23rd day of December, 2013.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE